IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BLAKE COLLIER,

     Plaintiff,

v.                                                    CASE NO. 5:15-cv-220-MP-GRJ

JOHN DOE, et al.,

     Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate at Martin Correctional Institution, initiated this civil action by filing ECF No. 1, a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983, on August 24, 2015.  Plaintiff failed to either pay the $400.00 filing fee or file a motion for leave to proceed as a pauper.   The Court ordered him to do so by October 5, 2015, and then extended that deadline to October 29, 2015.  ECF No. 3.  Plaintiff filed an IFP motion on October 29, 2015, but the motion was deficient because Plaintiff failed to file a Prisoner Consent and Financial Certificate with a copy of his six-month inmate account statement.  The Court ordered him to file the financial documents on or before November 30, 2015.  ECF No. 9.  As of this date, Plaintiff has failed to comply.

Accordingly, it is respectfully **RECOMMENDED** that leave to proceed as a pauper, ECF No. 7, should be denied and that this case should be **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** in Gainesville, Florida this 3rd day of December 2015.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**